# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2011

140322

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WILLIAM POLLARD,
        Plaintiff-Appellant,

v

SUBURBAN MOBILITY AUTHORITY for
REGIONAL TRANSPORTATION, d/b/a
SMART,
        Defendant-Appellee.

SC: 140322
COA: 288851
Wayne CC: 07-729771-NI

_____/

     On January 20, 2011, the Court heard oral argument on the application for leave to appeal the November 24, 2009 judgment of the Court of Appeals (as amended December 14, 2009). On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2011

0315

Clerk